# J.L. Russo, P.C.

*JOHN L. RUSSO*
*ATTORNEY AT LAW*

*COUNSEL*
Milton Florez, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

January 9, 2026

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
United State District Court
Southern District of New York
300 Quarropas Street
Whiteplains, NY 10601

Re:   United States of America v. Eddy Reyes
Case No.: 25 CR 438 (KMK)

Your Honor:

This office represents Eddy Reyes, the defendant in the above-referenced matter, which is currently scheduled for sentencing on January 22, 2026. We respectfully request an adjournment of sentencing for approximately thirty (30) days, to February 23, 25, or 26, 2026.

The undersigned recently received the initial draft of the Presentence Investigation Report approximately two weeks ago and has not yet had the opportunity to review it with Mr. Reyes.

AUSA Watson has been advised and has no objections to this request. Accordingly, we respectfully request that the Court adjourn sentencing to one of the proposed dates, or to a date and time thereafter convenient to the Court.

The Court's consideration of this request is respectfully appreciated. Thank you.

Granted. Sentence is adjourned to
2/ 25 /26, at   2:00

So Ordered.

1/9/26

Yours truly,

/s/ *John Russo*

John L. Russo (JR6200)

Cc:   AUSA Reyhan Watson (via ECF)
USPO Vanessa Perdomo (via Email)