# J.L. Russo, P.C.

**JOHN L. RUSSO**
*ATTORNEY AT LAW*

**COUNSEL**
Milton Florez, Esq.
Paul Testerverde, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

May 6, 2026

**Via ECF Only**
Honorable Kenneth M. Karas
U.S. District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>U.S. v. Eddy Reyes</u>
Case: 25 CR 438 (KMK)

Your Honor:

This office represents Eddy Reyes, who was sentenced to a year and one day of incarceration by the Court on March 12, 2026. Mr. Reyes' initial date to report to a designated facility is May 12th. In its sentencing judgment the Court "recommended that the defendant be designated nearest to Otisville, NY but not MDC". **We write today to request an extension of Mr. Reyes' report date as the Marshals have advised Mr. Reyes that a bed in an appropriate recommended facility has not yet become available and, unless extended, he should report to the MDC on May 12th.**

We respectfully suggest, that incarceration at the maximum security MDC is not consistent with the intent of the sentence and facility recommended by the Court. We thus respectfully request an extension for designation to a facility consistent with the Court's recommendation.

1 | P a g e

I have advised AUSA Reyhan Watson of this request and he has indicated that the

Government cannot consent to this request.   The Court's consideration of this request is greatly

appreciated. Thank you.

Granted.  Mr. Reyes' surrender date
will be extended, one last time, for 60
days.

So Ordered.

5/8/26

Respectfully submitted,

*John L. Russo*

J.L. Russo, P.C.
John L. Russo, Esq.(JR6200)
Attorney for Eddie Reyes
31-19 Newtown Ave., Suite 500
Astoria, NY 11102
(718)777-1277
JLRussoPC@Gmail.com

cc:   AUSAReyhan Watson